ORIGINAL

Tc done
earlier

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 9 2004

at 2 o'clock and 32 min. __M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | MAG. NO.  04-0126 LEK |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MOTION TO DETAIN DEFENDANT WITHOUT BAIL |
| CEDDRIC BASS       (02) | ) | |
| Defendant. | ) | |

### MOTION TO DETAIN DEFENDANT WITHOUT BAIL

The United States hereby moves to detain Defendant without bail, pursuant to 18 U.S.C. Section 3142.

  1. **Eligibility Of Case**.  This Defendant is eligible for detention because the case involves (check all that apply):

     \_\_\_\_ a.   Offense committed on release pending felony trial (3142(d)(1)(A)(i))*

     \_\_\_\_ b.   Offense committed on release pending imposition, execution, or appeal of

                      sentence, conviction or completion of sentence (3142(d)(1)(A)(ii))\*

   \_\_\_\_ c.    Offense committed while on probation or parole (3142(d)(1)(A)(iii))\*

   \_\_\_\_ d.    A citizen of a foreign country or unlawfully admitted person (3142(d)(1)(B))\*

   \_\_\_\_ e.    Crime of violence (3142(f)(1)(A))

   \_\_\_\_ f.    Maximum sentence life imprisonment or death (3142(f)(1)(B))

   **X** g.    10+ year drug offense (3142(f)(1)(C))

   \_\_\_\_ h.    Felony, with two prior convictions in above categories (3142(f)(1)(D))

   **X** i.    Serious risk Defendant will flee (3142(f)(2)(A))

   **X** j.    Danger to other person or community \*\*

   \_\_\_\_ k.    Serious risk obstruction of justice (3142(f)(2)(B))

   \_\_\_\_ l.    Serious risk threat, injury, intimidation of prospective witness or juror (3142(f)(2)(B))

\* requires "i" or "j" additionally

\*\* requires "a", "b", "c", or "d" additionally

2.  **Reason For Detention.**  The Court should detain Defendant (check all that apply):

   **X** a.    Because there is no condition or combination of conditions of release which will reasonably assure Defendant's appearance as required (3142(e))

   **X** b.    Because there is no condition or combination of conditions of release

       which will reasonably assure the safety
of any other person and the community
(3142(e))

    ____ c. Pending notification of appropriate
Court or official (not more than 10
working days (3142(d))

3. **Rebuttable Presumption**.  The United States (will/will not) invoke the rebuttable presumption against Defendant under Section 3142(e).  If invoked, the presumption applies because (check all that apply):

    _X_ a. Probable cause to believe Defendant committed 10+ year drug offense

    ____ b. Probable cause to believe Defendant committed an offense under 18 U.S.C. § 924(c)

    ____ c. Previous conviction for eligible offense committed while on pretrial bond

4. **Time For Detention Hearing**.  The United States requests that the Court conduct the Detention Hearing:

    ____ a. At first appearance

    _X_ b. After continuance of ____ days (not more than 3)

5. **Rule 40 Cases**.  The United States requests that the Detention Hearing be held:

    ____ a. In the District of Hawaii

    ____ b. In the District where charges were filed

3

6.   **Other Matters**.

DATED: February 9, 2004, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

              By    _/s/ Kenneth M. Sorenson_____
                              KENNETH M. SORENSON
                              Assistant U.S. Attorney