ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 2 2004

at ___ o'clock and ___ min ___ M
WALTER A.Y.H. CHINN, CLERK

LODGED

FEB 1 2 2004

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 04-0126-02 LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| CEDDRIC BASS,      (02) | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Criminal Complaint against Defendant CEDDIRC BASS on the grounds that the case currently lacks prosecutive merit.



The defendant is in custody on the dismissed charge(s) listed above.

DATED: February 11, 2004, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Kenneth M. Sorenson
KENNETH M. SORENSON
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

/s/ Leslie E. Kobayashi
UNITED STATES MAGISTRATE JUDGE

UNITED STATES v. CEDDRIC BASS
Mag. No. 04-0126-02 LEK
"Order for Dismissal"

2