ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MA. NO. 04-0126-02 LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CEDDRIC BASS,     (02) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 25 2005

at 2 o'clock and 05 min. P M.
WALTER A. Y. H. CHINN, CLERK

FINDINGS AND RECOMMENDATIONS ON
CRIMINAL JUSTICE ACT COMPENSATION CLAIM

Counsel for defendant, Michael Park, Esq., has submitted a voucher and claim for payment in the amount of $522.00. The Court's panel for review of CJA claims for compensation and reimbursement has reviewed this claim. Pursuant to the recommendation of the panel, this Court finds that considering the nature of the charges herein and the results procured, the claim is justified.

Pursuant to the recommendation of the panel, this Court recommends that the Court authorize payment of $36.00 for in court compensation, and $486.00 for out of court compensation, for a total payment of $522.00 as requested by counsel.

DATED: Honolulu, Hawaii, February 25, 2005.

_____
BARRY M. KURREN
United States Magistrate Judge

UNITED STATES OF AMERICA V. CEDDRIC BASS; MA. NO. 04-0126-02 LEK; FINDINGS AND
RECOMMENDATIONS ON CRIMINAL JUSTICE ACT COMPENSATION CLAIM